UNITED STATES DISTRICT COURT

For the

Southern District of New York

ELVIN OMEDA

Plaintiff's

Vs

Jannah Inc , 260 brook AvePP Inc

Uzma Arain, Salman Ashraf, and

Case # 1:22-CV-04603-JMF

GOOD MORNING

OUR NAME IS SALMAN ASHRAF AND UZMA ARAIN / JANNAN INC. WE ARE DEFENDANT IN THE ABOVE-MENTIONED CASE. WE ARE IN CONTACT WITH CSM LEGAL PC 60 EAST 42NED STREET SUITE 4510 NY NY 10165 FOR NEGOITATING A SETLMENT. PLEASE GRANT US ADDITIONAL TIME TO NEGOTIATE FOR A SETTLEMENT. CSM LEGAL PC ARE AWARE OF THE OUR REQUEST TO YOUR OFFICE

WE MAY BE CONTACTED AT: SALMAN.UZMA@YAHOO.COM

CELL: 929-204-2855

THANK YOU

SALMAN ASHRAF _____

UZMA ARAIN _____