UNITED STATES DISTRICT COURT

For the

Southern District of New York

ELVIN OMEDA

Plaintiff's

Vs

Jannah Inc , 260 brook AvePP Inc

Uzma Arain, Salman Ashraf, and

Case # 1:22-CV-04603-JMF

GOOD MORNING

OUR NAME IS SALMAN ASHRAF AND UZMA ARAIN / JANNAN INC. WE ARE DEFENDANT IN THE ABOVE-MENTIONED CASE. WE ARE IN CONTACT WITH CSM LEGAL PC 60 EAST 42NED STREET SUITE 4510 NY NY 10165 FOR NEGOITATING A SETLMENT. PLEASE GRANT US ADDITIONAL TIME TO NEGOTIATE FOR A SETTLEMENT. CSM LEGAL PC ARE AWARE OF THE OUR REQUEST TO YOUR OFFICE

WE MAY BE CONTACTED AT: SALMAN.UZMA@YAHOO.COM

CELL: 929-204-2855

THANK YOU

SALMAN ASHRAF

UZMA ARAIN

---

Corporate entities may appear in federal court only through licensed counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). No counsel has appeared on behalf of Defendant Jannan Inc., and Salman Ashraf and Uzma Arain do not appear to be members of the bar of this Court. In addition, Defendants Salman Ashraf and Uzma Arain have not entered an appearance on the record on their own behalf. For more information, Defendants are directed to contact the *Pro Se* Intake Unit at (212) 805-0175.

Nevertheless, as a courtesy, Defendants are granted a 30-day extension of the answer deadline, *nunc pro tunc*, to **September 8, 2022**. Plaintiff is directed to email a copy of this endorsed letter to Defendants at the email address provided on the letter.

SO ORDERED.

August 8, 2022