UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ELVIN OMEDA,                                                            :
                                                                        :
                              Plaintiff,                                :
                                                                        :                22-CV-4603 (JMF)
              -v-                                                       :
                                                                        :                     ORDER
JANNAH INC. et al.,                                                     :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On August 8, 2022, in response to a request, purportedly from all Defendants, for an extension of the answer deadline, the Court warned Defendants Salman Ashraf and Uzma Arain that corporate entities, such as Defendants Jannah Inc. and 260 Brook Ave Inc., may appear in federal court only through licensed counsel.  *See* ECF No. 20 (citing *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007)).  Nevertheless, on September 6, 2022, Ashraf and Arain, appearing *pro se*, filed an answer to the Complaint on behalf of all Defendants.  *See* ECF No. 22.

        Because corporate entities are not permitted to proceed *pro se* in federal court, and Ashraf and Arain do not appear to be counsel, let alone members of the Bar of this Court, the Answer is hereby stricken as to the corporate entities, Jannah Inc. and 260 Brook Ave Inc. (together, the "Corporate Defendants").  *See, e.g.*, *Gangadharan v. GNS Goods & Servs.*, No. 18-CV-7342 (KAM) (MMH), 2022 WL 824135, at *5 (E.D.N.Y. Mar. 18, 2022) (striking answer due to corporate entities' failure to obtain counsel).  The Corporate Defendants shall obtain counsel no later than **September 28, 2022**.  If the Corporate Defendants fail to do so, Plaintiff shall file a motion for default judgment with respect to the Corporate Defendants by **October 5, 2022**.  *See, e.g.*, *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1310 (2d Cir. 1991) (affirming entry of default judgment due to corporate entities' failure to appear through counsel).

        Finally, the initial pretrial conference scheduled for September 13, 2022, is hereby ADJOURNED to **October 13, 2022**, at **3:30 p.m.**

        The Clerk of Court is directed to mail a copy of this Order to Defendants.

        SO ORDERED.

Dated:  September 7, 2022                          _____
        New York, New York                              JESSE M. FURMAN
                                                   United States District Judge