# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 E. 42ⁿᵈ Street, Suite 2020
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

———————

clela@csm-legal.com

October 3, 2022

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Omeda et al v. Jannah Inc. et al</u>; 22-cv-04603

Your Honor,

This firm represents the Plaintiffs in the above-referenced matter and writes in regard to the Court's Order of September 7, 2022. Plaintiffs respectfully request a brief, two-week extension of time in which to file a Motion for Default Judgment against Corporate Defendants Jannah Inc. and 260 Brook Ave. Inc. The Court has currently set the deadline for October 5, 2022.

The reason for this request is twofold. First, due to scheduling issues, the Plaintiff has been unable to review and execute an affidavit in support of his Motion for Default Judgment. Second, we have recently received documents produced by the individual defendants in furtherance of settlement negotiations which contain information pertinent to the Plaintiff's case against the Corporate Defendants. As they were produced only last week, we have not yet had time to fully review them with the Plaintiff or determine whether and how they may impact the case.

As the Corporate Defendants have not appeared in this case (as noted by the Court on September 7, 2022) this request is made without their input.

We thank the Court for its time and attention to this matter.

Application GRANTED. Additionally, the deadline for Defendants Jannah Inc. and 260 Brook Ave Inc. to obtain counsel is hereby EXTENDED *nunc pro tunc* to **October 12, 2022**. The pretrial conference currently scheduled for October 13, 2022 is hereby ADJOURNED *sine die.*

Respectfully submitted,

/s/Clela Errington
Clela A. Errington, Esq.
CSM LEGAL, P.C.
Attorneys for the Plaintiffs

The Clerk of Court is directed to mail a copy of this Order to Defendants and to terminate ECF No. 24.
SO ORDERED.

October 3, 2022

*Certified as a minority-owned business in the State of New York*