UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELVIN OMEDA, :
:
:
Plaintiff, :
: 22-CV-4603 (JMF)
-v- :
: ORDER
:
SALMAN ASHRAF et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff and Defendants wrote jointly to the Court to propose and justify a settlement agreement providing $1,675 to Plaintiff and $825 to Plaintiff's counsel in attorneys' fees. *See* ECF No. 38. As previously noted in this case, settlement of claims under the FLSA must be filed publicly and scrutinized by the Court to ensure that they are fair. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties are hereby ORDERED to appear for a conference with the Court on **December 15, 2022, at 11:30 a.m** to discuss the proposed settlement. The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.

      SO ORDERED.

Dated: December 12, 2022
       New York, New York

                                              JESSE M. FURMAN
                                             United States District Judge