UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELVIN OMEDA, :
:
                      Plaintiff, :        22-CV-4603 (JMF)
:
          -v- :        ORDER APPROVING
:        SETTLEMENT
SALMAN ASHRAF et al., :
:
                      Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the conference held earlier this afternoon, the parties' proposed settlement and the proposed attorney's fee award are hereby approved. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). Any modification of the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it.

      The Court dismisses the case with prejudice. All pending motions are moot. The Clerk of the Court is directed to close this case.

      SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                                       JESSE M. FURMAN
                                                  United States District Judge